IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM MILLER | * | |
| Plainitiff | * | |
| v. | * | Civil Action No. JFM-00CV1434 |
| METROPOLITAN LIFE INSURANCE COMPANY | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STIPULATION TO EXTEND TIME FOR PLAINTIFF'S ANSWER
TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
COMPLAINT

It is hereby stipulated and agreed in the above-entitled case by counsel for Plaintiff, William Miller, and counsel for the Defendant that the Plaintiff be given an extension of time to file Plaintiff's Answer to Defendant's Motion to Dismiss Plaintiff's Complaint. All parties agree that the Plaintiff shall be given until July 9, 2000 to file an Answer to Defendant's Motion to Dismiss Plaintiff's Complaint. The current due date is June 9, 2000.

WHEREFORE, William Miller, Plaintiff, by his attorney, moves this Honorable Court for an Order Granting the Plaintiff's request for a time extension.

| | |
|---|---|
| _Norris C. Ramsey_ | _J. Snowden Stanley, Jr._ |
| Norris C. Ramsey | J. Snowden Stanley, Jr. |
| NORRIS C. RAMSEY, P.A. | Semmes, Bowen & Semmes |
| 2122 Maryland Avenue | 250 West Pratt Street |
| Baltimore, Maryland 21218 | Baltimore, Maryland 21201 |
| (410) 752-1646 | (410) 539-5040 |
| Trial Bar # 01543 | Attorney for the Defendant |
| Attorney for the Plaintiff | |

IT IS HEREBY ORDERED, that the above Stipulation be GRANTED.

_____
JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_\_1^th\_\_\_ day of June, 2000, a copy of the foregoing Stipulation to Extend the time for Plaintiff's Answer to Defendant's Motion to Dismiss Plaintiff's Complaint was mailed, first class, postage prepaid to J. Snowden Stanley, Esquire, Semmes, Bowen & Semmes, 250 West Pratt Street, Baltimore, Maryland 21201.

_____
Norris C. Ramsey