## SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr., Principal
Direct Dial: (410) 576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

June 12, 2000

FILED                 ENTERED

JUN 2 2 2000

CLERK
DISTRICT OF MARYLAND
BY _____ DEPUTY

The Honorable J. Frederick Motz
Chief Judge
United States District Court
for the District of Maryland
101 W. Lombard Street, Room 510
Baltimore, Maryland 21202

  Re: *William Miller v. Metropolitan Life Insurance Co., et al.*
     *Civil Action No. JFM 00-1434*

Dear Judge Motz:

  We are writing to request that the deadlines in your May 24, 2000 Scheduling Order in this case be put off until the resolution of Defendant's Motion to Dismiss and the Defendant's Motion to Abate Pending Final Action by the Judicial Panel on Multidistrict Litigation has been resolved.

  For this reason we request that the deadlines for the parties to notify the Court as to the number of deposition hours they anticipate will be required together with the various discovery deadlines be put off until the resolution of those matters mentioned above.

  Please let us know if there is further information which you need in regard to this matter.

  Thank you very kindly.

           Very truly yours,

Norris C. Ramsey           J. Snowden Stanley, Jr.

JSS/cmw
(B0130179.WPD;1)