
FILED
U.S. DISTRICT COUR
DISTRICT OF MARYL

2000 JUL 10 P 3

CLERK'S OFFICE
AT BALTIMORE
BY_____DEP(

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Miller

v.                              CIVIL NO. JFM-00-1434

Metropolitan Life Insurance Co.

*******************

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this _10th_ day of _July_, 2000

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

_____
United States District Judge



MICROFILMED JUL 10 2000